DOCKETED

NOV 2 1 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO DISTRICT COUNCIL OF )
CARPENTERS PENSION FUND, CHICAGO )
DISTRICT COUNCIL OF CARPENTERS )
WELFARE FUND, the CHICAGO AND )
NORTHEAST ILLINOIS DISTRICT COUNCIL )
OF CARPENTERS APPRENTICE AND TRAINEE )
PROGRAM FUND, ) CIVIL ACTION
)
EARL J. OLIVER, JEFFREY ISAACSON, )
ROBERT QUANSTROM, DOUGLAS BANNISTER, )
MICHAEL SEXTON, J. STANLEY PEPPER, MELVIN )
GRAY, RICHARD BAGGIO, TIM COLEMAN, )
AND BENJAMIN A. JOHNSTON, as Trustees of )
the CHICAGO DISTRICT COUNCIL OF )
CARPENTERS PENSION FUND, )
)
EARL J. OLIVER, JEFFREY ISAACSON, MARTY )
UMLAUF, ROBERT QUANSTROM, DOUGLAS )
BANNISTER, MICHAEL SEXTON, J. STANLEY ) JUDGE JOAN H. LEFKOW
PEPPER, MELVIN GRAY, RICHARD BAGGIO, )
TIM COLEMAN, BENJAMIN A. JOHNSTON and TOM )
RAKOW, as Trustees of the CHICAGO DISTRICT ) MAGISTRATE JUDGE ASHMAN
COUNCIL OF CARPENTERS WELFARE FUND, )
)
EARL J. OLIVER, JEFFREY ISAACSON, BRUCE A. )
NELSON, RANDY R. MEYER, WILLIAM E. O'NEIL, )
RICHARD A. BAGGIO, J. DAVID PEPPER, )
TODD H. HARRIS and ROBERT J. CORRIGAN, as ) 03C 8350
Trustees of the CHICAGO AND NORTHEAST ILLINOIS )
DISTRICT COUNCIL OF CARPENTERS )
APPRENTICE & TRAINEE PROGRAM, )
)
Plaintiffs, ) Case No.
)
v. )
)
STEENS PAINTING CONTRACTORS, INC., )
)
Defendant. )

## COMPLAINT

Plaintiffs, the CHICAGO DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al., by their attorney, EDWARD A. KERSTEN, complain of the Defendant, STEENS PAINTING CONTRACTORS, INC., and allege as follows:

1.     This action arises under Section 502 of the Employee Retirement Income Security Act ("ERISA") and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). Jurisdiction is founded on the existence of questions arising thereunder.

2.     The CHICAGO AND NORTHEAST ILLINOIS DISTRICT COUNCIL OF CARPENTERS, successor of the CHICAGO DISTRICT COUNCIL OF CARPENTERS, ("Union"), is a labor organization (as described in Section 2(5) of the Labor Management Relations Act) in which employees participate and which exists for the purpose of dealing with employers concerning grievances, labor disputes, wages, rates of pay, hours of employment and conditions of employment.

3.     The CHICAGO DISTRICT COUNCIL OF CARPENTERS PENSION FUND, the CHICAGO DISTRICT COUNCIL OF CARPENTERS WELFARE FUND and the CHICAGO AND NORTHEAST ILLINOIS DISTRICT COUNCIL OF CARPENTERS APPRENTICE AND TRAINEE PROGRAM ("Trust Funds") receive contributions from numerous employers pursuant to Collective Bargaining Agreements between the employers and the Union, and therefore, are multiemployer plans. (29 U.S.C. §1002). The Trust Funds are administered at 12 East Erie Street, Chicago, Illinois and venue is proper in the Northern District of Illinois.

4.     The Defendant is an employer engaged in an industry affecting commerce which, on December 10, 2001, entered into an Agreement whereby it agreed to be bound by a Collective

2

Bargaining Agreement or Agreements whose terms require Defendant to pay fringe benefit contributions to the Trust Funds. **(Exhibit A)**

5. The Agreement and the Collective Bargaining Agreements also bind the Defendant to the provisions of the Agreement and Declarations of Trust which created the Trust Funds ("Trust Agreements"). **(Exhibit A)**

6. Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, employers are required to post a surety bond or cash to secure the payment of wages to employees and fringe benefit contributions to the Trust Funds. The amount of the surety bond or cash is determined in accordance with Article XV of the Collective Bargaining Agreement.

7. The Defendant employs an average of 9 employees and is required to post a bond or cash in the amount of $50,000.00.

8. The Defendant has breached the provisions of the Collective Bargaining Agreement and the Trust Agreements by employing individuals without posting the necessary wage and fringe benefit bond or cash equivalent.

9. Plaintiffs have complied with all conditions precedent in bringing this suit. On July 18, 2003 and August 8, 2003, the Union sent letters to the Defendant demanding compliance with the Collective Bargaining Agreement and the Trust Agreements. On August 19, 2003, Plaintiffs' attorneys sent a letter to the Defendant demanding that a surety bond or cash be posted pursuant to the Collective Bargaining Agreement and the Trust Agreements.

10. Plaintiffs have been required to employ the undersigned attorneys to insure that the Defendant posts the requisite bond or cash, and pursuant to the provisions of the Collective Bargaining Agreement and the Trust Agreements and 29 U.S.C. §1132, the Defendant is obligated to pay the attorney fees and court costs incurred by the Plaintiffs.

WHEREFORE, Plaintiffs pray:

A. That the Defendant be required to obtain a surety bond or post cash in the amount of $50,000.00.

B. That the Defendant be ordered to pay the reasonable attorney fees and costs incurred by the Plaintiffs.

C. That Plaintiffs have such other and further relief as by the Court may be deemed just and equitable all at the Defendant's cost.

CHICAGO DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et. al.

By: _____
EDWARD A. KERSTEN

EDWARD A. KERSTEN
Attorney for Plaintiffs
Whitfield & McGann
2 North LaSalle St., Suite 1601
Chicago, Illinois 60602
(312) 251-9700

Our File No. N6235
F:\ED\N6235 - Steens Painting Contractors, Inc\COMPLAINT.doc

# MEMORANDUM OF AGREEMENT

Firm ___Steen s Painting Contractors Inc___ Address ___3408 W 79ᵗʰ Street___

City ___Chicago___ State __IL__ Zip __60652__ Phone __773 434 7867__

     THIS AGREEMENT is entered into between the CHICAGO AND NORTHEAST ILLINOIS DISTRICT COUNCIL OF CARPENTERS COOK DUPAGE GRUNDY IROQUOIS KANE KANKAKEE KENDALL LAKE MCHENRY and WILL COUNTIES ILLINOIS hereinafter referred to as the UNION and

## STEEN'S PAINTING CONTRACTORS, INC

its successors and assigns hereinafter referred to as the EMPLOYER

     This Agreement is made in consideration of the instant promises of the UNION and the EMPLOYER and the parties do hereby agree as follows

     1     The EMPLOYER recognizes the UNION as the sole and exclusive bargaining agent for and on behalf of the Employees of the EMPLOYER within the territorial and occupational jurisdiction of the UNION Prior to recognition the EMPLOYER has reviewed valid evidence and agrees that the UNION is the exclusive designated Bargaining Representative of a majority of the appropriate bargaining unit employees of the EMPLOYER

     2     The EMPLOYER and the UNION hereby incorporate by reference and agree to be bound by the Area Agreements in effect on the date this document is executed through their respective expiration dates Those Agreements include but are not limited to the following

the Area Agreement negotiated between the UNION and the Mid America Regional Bargaining Association (M A R B A) the Addendum negotiated between the UNION and the Residential Construction Employers Council (R C E C) covering Cook Lake and DuPage Counties the Agreement negotiated between the Union and the Contractors Association of Will and Grundy Counties covering Grundy County the Agreement negotiated between the Union and the Contractors Association of Will and Grundy Counties covering Will County the Agreement negotiated between the Union and the Residential Construction Employers Council (R C E C) covering Will County the contract negotiated between the UNION and the Kankakee and Iroquois County Contractors Association the Agreement negotiated between the UNION and the Valley Contractors Association and the Residential Construction Employers Council (R C E C) covering Kane Kendall and McHenry County as well as any contract negotiated between the UNION and other associations involved in various subtrades within the Union s occupational jurisdiction

C /Memorandum of Agreement doc
Revised 1/97



EXHIBIT

A

3       The EMPLOYER agrees to be bound by the terms of the Trust Agreements of the Fringe Benefit Trust Funds to which contributions are required to be made under the Agreements referred to in numbered paragraph 2 hereof and all rules and regulations adopted by the Trustees thereof   The EMPLOYER further agrees to make prompt payments of the per hour contributions with respect to each Trust Fund for all Employees performing bargaining unit work and/or covered by the Agreement including nonbonded and nonsignatory subcontractors as required by the applicable provisions of each agreement

4       This Agreement and the adoption of the Area Agreement and Declarations of Trust referred to in paragraphs two and three above  shall be effective upon the date that this document is executed and remain in full force and effect to and including the expiration date of the respective Area Agreements adopted herein   Unless the EMPLOYER gives written notice to the UNION of its desire to terminate or modify the Agreement at least three (3) calendar months prior to the expiration of such Agreements the Agreement shall continue in full force and effect through the full term and duration of all subsequent agreements(s)

5       EMPLOYER HEREBY ACKNOWLEDGES RECEIPT OF THE AREA AGREEMENT AS WELL AS COPIES OF THE AGREEMENTS INCORPORATED BY REFERENCE THEREOF FOR ALL TEN (10) COUNTIES

IN WITNESS WHEREOF the parties have executed this Memorandum of  Agreement the   10th             day of  December                            20  01

EMPLOYER   Steen s Painting               CHICAGO AND NORTHEAST ILLINOIS
                                          DISTRICT COUNCIL OF CARPENTERS

           Contractors  Inc

By         James Steen   President
           (Print or Type Name)      (Title)

_____          _____
           (Signature)                             (District Council Officer)

                                  2

C /Memorandum of Agreement doc
Revised 1/97

Case: 1:03-cv-08350 Document #: 1 Filed: 11/20/03 Page 7 of 8 PageID #:7

DOCKETED

NOV 2 1 2003

UNITED STATES DISTRICT COURT JUDGE JOAN H. LEFKOW
NORTHERN DISTRICT OF ILLINOIS MAGISTRATE JUDGE ASHMAN

# Civil Cover Sheet 03C 8350

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois.

**Plaintiff(s): CHICAGO DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et. al.**

County of Residence: COOK

| Plaintiff's Atty: | Mr. Edward A. Kersten |
| | Whitfield & McGann |
| | 2 N. LaSalle St., Suite 1601 |
| | Chicago, IL 60602 |
| | 312-251-9700 |

**Defendant(s):STEENS PAINTING CONTRACTORS, INC.**

County of Residence:

Defendant's Atty:

FILED-EDS
03 NOV 20 PM 4:40
CLERK
U.S. DISTRICT COURT

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties (Diversity Cases Only)
                  Plaintiff:- N/A
                  Defendant:- N/A

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:      **791 E.R.I.S.A**

VI.Cause of Action:      **29 U.S.C. Sections 1132 and 185**

VII. Requested in Complaint
            Class Action:
            Dollar Demand: **$50,000 Bond/Cash**
            Jury Demand:

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _Edward A. Kersten_

Date: _____

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.

DOCKETED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOV 2 1 2003

JUDGE JOAN H. LEFKOW

**In the Matter of**

MAGISTRATE JUDGE ASHMAN

CHICAGO DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et. al.,

v.

STEENS PAINTING CONTRACTORS, INC.

# 03C 8350

**Case Number:**

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**
PLAINTIFFS

| (A) | (B) |
|---|---|
| SIGNATURE  *Edward C. Kersten* | SIGNATURE |
| NAME **EDWARD A. KERSTEN** | NAME |
| FIRM **WHITFIELD & McGANN** | FIRM |
| STREET ADDRESS **2 N. LASALLE ST., SUITE 1601** | STREET ADDRESS |
| CITY/STATE/ZIP **CHICAGO, ILLINOIS 60602** | CITY/STATE/ZIP |
| TELEPHONE NUMBER **(312) 251-9700** | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) **90785481** | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES  (NO) | MEMBER OF TRIAL BAR?  YES  NO |
| TRIAL ATTORNEY?  YES  (NO) | TRIAL ATTORNEY?  YES  NO |
|  | DESIGNATED AS LOCAL COUNSEL?  YES  NO |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES  NO | MEMBER OF TRIAL BAR?  YES  NO |
| TRIAL ATTORNEY?  YES  NO | TRIAL ATTORNEY?  YES  NO |
| DESIGNATED AS LOCAL COUNSEL?  YES  NO | DESIGNATED AS LOCAL COUNSEL?  YES  NO |

FILED-EDS
03 NOV 20 PM 4: 40
CLERK
U.S. DISTRICT COURT